# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **HIEP VAN NGUYEN** | **CIVIL ACTION NO. 25-1560 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **LISA BOWEN ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## ORDER

Considering the pending Motion for Order to Show Cause (R. Doc. 5) and Emergency Motion for Temporary Restraining Order and/or Preliminary Injunction (R. Doc. 6),

**IT IS ORDERED** that the Respondents must file their response to Petitioner's TRO within seven (7) days or no later than **Monday, November 10, 2025.**

**THUS DONE AND SIGNED** in Chambers this 3rd day of November, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**